UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>SPETS ASSOCIATES, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-10957<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action with prejudice and without costs pursuant to F.R.C.P. 41(a)(1)(i).

Dated: September 3, 2004

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA 02109
(617) 338-1976